UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES VERRET, JR. | CIVIL ACTION |
| VERSUS | NO. 21-999 |
| LOW LAND CONSTRUCTION CO., INC. | SECTION "R" (1) |

## ORDER AND REASONS

Before the Court is defendant's motion *in limine* to limit cumulative expert testimony on the issue of plaintiff's "future vocational/employment outlook and his future medical care costs."[1]  Because the parties have resolved this dispute by stipulating that plaintiff may present testimony from either Elizabeth B. Martina or Jordan A. Frankel—but not both—on this issue,[2] the motion is DENIED as MOOT.

New Orleans, Louisiana, this ___9th___ day of January, 2023.

*Sarah Vance*
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 23.
[2]   R. Doc. 30.